IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES HARVEY

    Plaintiff,

v.                                                    4:11cv637-WS

E. HERCULE, Chief
Health Officer,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 42) docketed March 18, 2013. The magistrate judge recommends that the defendant's motion for summary judgment be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 42) is ADOPTED and incorporated by reference into this order.

2. The defendant's motion for summary judgment (doc. 38) is GRANTED.

3. The clerk shall enter judgment stating: "This action is dismissed with prejudice."

DONE AND ORDERED this   19th   day of     April    , 2013.


                                                  s/ William Stafford
                                                  WILLIAM STAFFORD
                                                  SENIOR UNITED STATES DISTRICT JUDGE